UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RECEE MAE REED, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-816-B (BT) |
| | § | |
| FAIRWAY TOWNHOMES HOUSING | § | |
| LP, et al., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 29, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 23rd day of May, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE